# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

IN RE:                                                                                                                               CHAPTER 13

**WALTER G. McFARLAND, M.D.**

**DEBTOR**                                                                                     CASE NO. 09-31909

## MOTION FOR AUTHORITY
## TO PROCEED WITH STATE COURT ACTION

Comes the Debtor, Walter G. McFarland, M.D., by Counsel, and respectfully moves this Honorable Court for authority to proceed in Shelby Circuit Court with all claims in a case styled Merclan, PLLC and Jeffery Mercer v. Walter G. McFarland, Shelby Circuit Court No. 07-CI-307.

As grounds for said Motion, the Debtor states as follows:

1.      The within Chapter 13 Petition was filed on April 16, 2009.

2.      Said Petition lists on Schedule B-21 a Counterclaim against Merclan, PLLC and Jeffery Mercer for fraud and theft in a Shelby Circuit Court action styled Merclan, PLLC and Jeffery Mercer v. Walter G. McFarland, Shelby Circuit Court No. 07-CI-307.

3.      The Debtor seeks permission of the Court to be allowed to continue to pursue his Counterclaim in Shelby Circuit Court .

4.      The Complaint of Merclan, PLLC and Walter McFarland are claims that should properly be heard in state Court and not Bankruptcy Court.

5.      Should the Debtor prevail on his counterclaim, after approval of the Bankruptcy Court, it is his intent to pay those net proceeds into his Chapter 13 Bankruptcy.

Wherefore, the Debtor respectfully moves this Honorable Court for permission and authority to continue to pursue with the above state Court action.

                                                                                                 Respectfully Submitted,

                                                                                                 /S/ Marc H. Levy_____
                                                                                                 Marc H. Levy
                                                                                                 Counsel for Debtor
                                                                                                 440 South Seventh Street, Suite 200
                                                                                                 Louisville, Kentucky 40203-1967
                                                                                                 (502) 583-5023

## **CERTIFICATE**

       This is to certify that a true and exact copy of the foregoing Motion and Order has been duly served upon the following parties, by ordinary US mail or via electronic filing this 17th day of August, 2009, to: Lawrence Zielke, John Dwyer, Jr., Pedley, Zielke, Gordinier & Pence, PLLC, Attorneys for Merclan, PLLC and Jeffery Mercer, 2000 Meidinger Tower, 462 South Fourth Avenue, Louisville, KY 40202, Lawrence Belanger, Ferreri & Fogle, PLLC, 203 Speed Building, 333 Guthrie Green, Louisville, KY 40202 and Fox Demoisey, Demoisey Law Office, PLLC, 905 Baxter Avenue, Louisville, KY 40204, William W. Lawrence, Chapter 13 Trustee, Suite 300, 200 South Seventh Street, 300 Republic Plaza, Louisville, KY 40202, and the Debtor.

                                                    /S/ Marc H. Levy_____
                                                    Marc H. Levy