UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

IN RE:                                                                 CHAPTER 13

**WALTER G. McFARLAND, M.D.**

**DEBTOR**                                                       CASE NO. 09-31909

## ORDER ALLOWING PARTIES
## TO PROCEED IN STATE COURT

This matter having become before the Court on the Motion of the Debtor to be allowed to proceed with a state Court action styled Merclan, PLLC, et al. v. Walter G. McFarland, M.D., and the Court hereby finding that it is proper for the parties to this action to proceed in state Court, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that all parties to the case of Merclan, PLLC and Jeffery Mercer v. Walter G. McFarland, M.D., Shelby Circuit Court No. 07-CI-307 may proceed in state Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that should the Debtor prevail with his Counterclaim, then after proper notice to this Court, all net proceeds shall be paid to the Chapter 13 Trustee.

_____
David T. Stosberg
United States Bankruptcy Judge

Dated: August 18, 2009

TENDERED BY:

/S/ Marc H. Levy_____
Marc H. Levy
Counsel for Debtor
440 South Seventh Street, Suite 200
Louisville, Kentucky 40203-1967
(502) 583-5023