UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE

IN RE:                              )
                                    )
WALTER G. McFARLAND, M.D.,          )   CASE NO. 09-31909
                                    )   CHAPTER 13
              Debtor.               )
_____)

## AGREED ORDER RE PAYMENT OF INTERNAL REVENUE SERVICE CLAIMS

The debtor, and the United States of America, on behalf of its agency, the Internal Revenue Service (hereinafter referred to as "IRS"), having agreed, by the undersigned counsel, to the allowance and payment of certain claims of the IRS in the debtor's case, it is hereby ORDERED and AGREED as follows:

1. On July 23, 2009, the IRS filed with the Court a proof of claim, designated as "Amendment No. 2 to Proof of Claim dated 04/24/2009" and shown in the Court's Claims Register as Claim No. 3-3, showing secured claims due from the debtor in the total amount of $24,001.00 for income taxes due from the debtor for the tax years ended December 31, 2002, and December 31, 2003; unsecured priority claims due from the debtor in the total amount of $52,611.28 for civil penalty liabilities for various periods during 2003, 2004, 2005, 2007, 2008, and 2009, and income tax liabilities for the taxable years ended December 31, 2006, and December 31, 2008; and an unsecured general claim in the total amount of $45,471.36 for income taxes due from the debtor for the tax years ended December 31, 2003, December 31, 2004, and

December 31, 2005, and penalties calculated to the petition date on the unsecured priority and general claims.

2. The civil penalty liabilities shown on the July 23, 2009, IRS amended claim consist of amounts due from the debtor, as a responsible person under 26 U.S.C. § 6672, for the unpaid employment tax liabilities of Shelbyville Neurology, PLLC, EIN 61-1390423, for various periods during 2003, 2004, 2005, and 2006, and as a responsible person under 26 U.S.C. § 6672, for the unpaid employment tax liabilities of McFarland Neurology, PLLC, EIN 26-0249963, for various periods in 2007, 2008, and 2009.

3. The debtor desires, and herein agrees, to include and pay *in full* within the instant Chapter 13 case, as priority claims, the employment and unemployment tax liabilities of Shelbyville Neurology, PLLC, EIN 61-1390423, for the periods ended June 30, 2003, September 30, 2003, December 31, 2003, March 31, 2004, June 30, 2004, September 30, 2004, December 31, 2004, March 31, 2005, June 30, 2005, September 30, 2005, December 31, 2005, September 30, 2006, and December 31, 2006, in the total amount of $39,240.69 as unsecured priority claims, and the employment and unemployment tax liabilities of McFarland Neurology, PLLC, EIN 26-0249963 for the periods ended June 30, 2007, September 30, 2007, December 31, 2007, March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, and March 31, 2009, in the total amount of $8,708.39. Shelbyville Neurology PLLC was an entity which was operated by the debtor as

a professional limited liability company until 2006. McFarland Neurology PLLC is an entity currently being operated by debtor as a professional limited liability company.

4. Payment through the debtor's Chapter 13 plan of the employment tax liabilities of Shelbyville Neurology, PLLC and McFarland Neurology, PLLC will satisfy the civil penalty liabilities due from the debtor as a responsible person under 26 U.S.C. § 6672, for the unpaid employment tax liabilities of Shelbyville Neurology, PLLC, and as a responsible person under 26 U.S.C. § 6672, for the unpaid employment tax liabilities of McFarland Neurology, PLLC.

5. Following the Court's entry of this Agreed Order re Payment of Internal Revenue Service Claims, the IRS will file with the Court an amended proof of claim to show properly that the employment and unemployment tax liabilities recited herein are due and owing from Shelbyville Neurology, PLLC and McFarland

Neurology, PLLC, but are to be paid by the debtor pursuant to this Agreed Order re Payment of Internal Revenue Service Claims within the debtor's Chapter 13 case.

CANDACE HILL
Acting United States Attorney

By: _____
ALISHA M. HARPER
Special Assistant
United States Attorney
510 W. Broadway, 10th Floor
Louisville, KY 40202
Tel.: (502) 566-2946

Dated: _____

_____
MARC LEVY
Attorney for the Debtor
440 South 7th Street #200
Louisville, KY 40203-1967
Telephone: (502) 583-5023

Dated: 8/19/09

_____
David T. Stosberg
United States Bankruptcy Judge

Dated: August 20, 2009